IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LARRY NELLUMS**                                                              **PLAINTIFF**

V.                    **CASE NO.  4:12CV00511 JMM**

**PATHFINDER, INC.**                                        **DEFENDANT**

### JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED THIS   17   day of   August , 2012.

_____
James M. Moody
United States District Judge